MR

Gary Roberson 24 CR 244

FILED
7/14/2026
AXM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

The Honorable Judge Gettleman
　　Your Honor,
　　I respectfully submit this letter to request the court's permission to file a motion pro propria persona se concerning my request for the grand jury transcripts, audio recordings, and video recordings related to my indictment. On or about July 3, 2026, I requested that my appointed counsel, Ms. Ellen Domph, file a motion seeking disclosure of these materials. In response, Ms. Domph questioned the basis for my request, and I explained that I believe the credibility of the government's presentation to the grand jury is at issue. For that reason, I believe these materials are necessary to allow me to fully evaluate the proceedings and to protect my constitutional rights.

　　Ms. Domph advised me that she intends to meet with me on July 22, 2026, to discuss this matter. However, I respectfully believe that waiting until that date will unnecessarily delay the filing of this request. Given the importance of the issues involved, I seek to have this matter presented to the court without further delay.

　　Accordingly, I respectfully request that this Court grant me leave to file this motion pro se so that my request may be heard and decided on it's merits.

　　This request is made solely to preserve my rights and ensure that the issues I seek to raise are presented to the court in a timely manner.

　　I sincerely appreciate the Court's time, consideration, and attention to this matter.

　　　　　　　　　Respectfully submitted,
　　　　　　　　　Gary Roberson

Gary Roberson # 21349-424
Metropolitan Correctional Center.
71 W. Van Buren St.
Chicago, IL. 60605



07/14/2026-3

Clerk of ~~Court~~ U.S. District Court
219 S. Dearborn
Chicago, IL. 60604

**RECEIVED**

JUL 1 4 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

METROPOLITAN C. RRECTIONAL CENTER
71 W. VAN BUREN ST, CHICAGO, IL 60605
The enclosed letter was processed throu special mailing procedures for forwarding to you
This letter has neither been opened nor inspected.

JUL 0 8 2026

If the writer raises a question or p oblem over which this facility has jurisdiction,
you may wish to return the m riel for further information or clarification.
If the writer encloses correspo ence for forwarding to another addressee,
please return the e losure to the above address.